UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AEGIS SCIENCES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-cv-00294 |
| v. ) | |
| ) | |
| MILLENNIUM LABORATORIES, INC., ) | JUDGE SHARP |
| ) | MAGISTRATE JUDGE KNOWLES |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion to Transfer Venue or, in the Alternative, to Dismiss (Docket Entry No. 12) is hereby GRANTED. The Clerk is hereby DIRECTED TO TRANSFER this case to the United States District Court for the Southern District of Florida.

Because the Court is transferring this action, the Court DENIES AS MOOT Defendant's Motion for Relief from the Case Management Order and Stay of Discovery (Docket Entry No. 30). Plaintiff's Motion for Oral Argument (Docket Entry No. 22) is likewise deemed MOOT.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE